**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 16, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00639-CV

## IN THE INTEREST OF A.J.K, III AND O.J.K., CHILDREN

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2011-05256J**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed June 20, 2012. On August 10, 2012, the parties filed a joint motion to dismiss the appeal because appellant's motion for new trial was granted. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.